**FILED**
CLERK, U.S. DISTRICT COURT

12/20/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HESKETH,<br><br>    Plaintiff,<br><br> vs.<br><br>FIRST CONTACT, LLC,<br><br>    Defendant. | Case No. 5:19-cv-02031-FMO-KK<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Compl. Filed:   Oct. 23, 2019<br>Current Response Date: Dec. 18, 2019<br>New Response Date:  Jan. 6, 2020<br><br>*Honorable Fernando M. Olguin* |

   Having reviewed the Joint Stipulation of the Parties to Extend Defendant First Contact, LLC's ("Defendant") time to respond to Plaintiff Christopher Hesketh's ("Plaintiff") initial Complaint, the Court GRANTS the stipulation and enters the following ORDER:

   Defendant's response to Plaintiff's Complaint will be due on January 6, 2020.

   **IT IS SO ORDERED.**

 DATED: December 20, 2019

         ____/s/_____
         Fernando M. Olguin
         United States District Judge