# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HESKETH, | Case No. ED CV 19-2031 FMO (KKx) |
| Plaintiff, | |
| v. | **ORDER RE: BRIEFING AND HEARING SCHEDULE** |
| FIRST CONTACT, LLC, | |
| Defendant. | |

Pursuant to the Joint Stipulation to Extend Time to Respond to Motion to Stay Pending Arbitration and Reset Motion Hearing Date, (see Dkt. 17, "Stipulation"), IT IS ORDERED that:

1. The Stipulation, **(Document No. 17)**, is **granted** as set forth below.

2. Plaintiff's Opposition or Notice of Non-Opposition to defendant's Motion to Stay Pending Arbitration (Dkt. 15) shall be filed no later than **January 30, 2020**. Plaintiff is warned that failure to timely file an Opposition to the Motion may result in defendant's Motion being granted in its entirety. Local Rule 7-12.

3. Defendant shall file and serve a Reply Memorandum no later than **February 6, 2020**.

4. The hearing on defendant's Motion is continued from February 6, 2020, to **February 20, 2020, at 10:00 a.m.**

Dated this 27th day of January, 2020.

/s/
Fernando M. Olguin
United States District Judge