Mohammed O. Badwan, *Pro Hac Vice* (Ill. Bar No. 6299011)
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8180
Facsimile: (630) 581-8188
E-Mail: mbadwan@sulaimanlaw.com

*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HESKETH,<br><br>  Plaintiff,<br><br>v.<br><br>FIRST CONTACT, LLC,<br><br>  Defendant. | Case No. 5:19-cv-02031-FMO-KK<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, CHRISTOPHER HESKETH and the Defendant, FIRST CONTACT, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: January 8, 2021

CHRISTOPHER HESKETH

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, *Pro Hac Vice*

Respectfully Submitted,

FIRST CONTACT, LLC

*/s/ Alan M. Ritchie (with consent)*
Alan M. Ritchie (298989)
aritchie@pilgrimchristakis.com
Pilgrim Christakis LLC

1

1 | (Ill. Bar No. 6299011)
2 | **SULAIMAN LAW GROUP, LTD.**
3 | 2500 South Highland Avenue
   | Suite 200
4 | Lombard, Illinois 60148
   | Telephone: (630) 575-8180
5 | Facsimile: (630) 581-8188
6 | E-Mail: mbadwan@sulaimanlaw.com

321 N. Clark Street, 26th Floor
Chicago, Illinois 60654
Telephone: (312) 924-1773
Facsimile: (312) 379-8547

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Plaintiff, certifies that on January 8, 2021, he caused a copy of the foregoing, **STIPULATION OF DISMISSAL,** to be served electronically via CM/ECF system on all counsel of record

<em>s/ Mohammed O. Badwan</em>