Mohammed O. Badwan, *Pro Hac Vice* (Ill. Bar No. 6299011)
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8180
Facsimile: (630) 581-8188
E-Mail: mbadwan@sulaimanlaw.com

*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HESKETH,<br><br>Plaintiff,<br><br>v.<br><br>FIRST CONTACT, LLC,<br><br>Defendant. | Case No. 5:19-cv-02031-FMO-KK<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

    Plaintiff, CHRISTOPHER HESKETH and Defendant, FIRST CONTACT, LLC, through their respective counsel, having filed their Stipulation of Dismissal with Prejudice and the Court having reviewed same, hereby ORDERED:

  1. The stipulation is approved.  The action is hereby dismissed with prejudice.

Dated: January 11, 2021　　　　　　　＿＿/s/  Fernando M. Olguin＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1